**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RICARDO ARAUJO-MARISCAL,<br><br>             Defendant. | Case No.: 16cr0833 JM<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE AND TO VACATE SENTENCING HEARING** |

   Upon motion of the United States of America (Doc. No. 63) and good cause appearing,

   IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant Ricardo Araujo-Mariscal be dismissed without prejudice.

   The sentencing date of December 16, 2016 is hereby vacated.

   IT IS SO ORDERED.

DATED: December 1, 2016

_____
JEFFREY T. MILLER
United States District Judge